No. 80–1456.  CATALANO ET AL. *v.* PECHOUS ET AL.; and
No. 80–1466.  PECHOUS *v.* CATALANO ET AL.  Sup. Ct. Ill.
Certiorari denied.  Reported below: 83 Ill. 2d 146, 419 N. E.
2d 350.

No. 80–1458.  EDWARD J. SWEENEY & SONS, INC., ET AL. *v.*
TEXACO, INC.  C. A. 3d Cir.  Certiorari denied.

No. 80–1473.  STEVENSON *v.* STEVENSON.  Ct. App. Ky.
Certiorari denied.

No. 80–1476.  TANKLINING CORP. *v.* GALVESTON SHIP-
BUILDING CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–1482.  SIMPSON *v.* SOUTH CAROLINA.  Sup. Ct.
S. C.  Certiorari denied.

No. 80–1483.  MILLEDGEVILLE FARMER'S ELEVATOR CO. *v.*
WAGNER ET AL.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 80–1484.  U. S. STEEL CREDIT CORP. *v.* AMERICAN
FLETCHER MORTGAGE CO., INC., ET AL.  C. A. 7th Cir.  Cer-
tiorari denied.

No. 80–1497.  AB TURN-O-MATIC *v.* TVETER, DBA SGT
ENTERPRISES.  C. A. 9th Cir.  Certiorari denied.

No. 80–1508.  GILA RIVER INDIAN COMMUNITY *v.* HEN-
NINGSON, DURHAM & RICHARDSON ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 80–1510.  KURTZ *v.* NEW YORK.  Ct. App. N. Y.
Certiorari denied.